1

2

3

4

5

6

7

8    **IN THE UNITED STATES DISTRICT COURT**

9    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   LARRY ALFORD,                              No.  2:24-CV-1290-DAD-DMC-P

12          Plaintiff,

13       v.                                     <u>ORDER</u>

14   CHRISTIAN PHEIFFER, et al.,

15          Defendants.

16

17          Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18   42 U.S.C. § 1983.

19          On June 5, 2024, the Court directed Plaintiff to file an amended complaint within

20   30 days.  Plaintiff was warned that failure to file an amended complaint may result in dismissal of

21   this action for lack of prosecution and failure to comply with court rules and orders.  <u>See</u> Local

22   Rule 110.  As of July 23, 2024, Plaintiff had not complied, and the Court issued findings and

23   recommendations that this action be dismissed.  <u>See</u> ECF No. 9.  Plaintiff then filed his first

24   amended complaint on July 24, 2024.  Given that Plaintiff has now filed his first amended

25   complaint as directed, the Court will vacate the July 23, 2024, findings and recommendations.

26   The sufficiency of Plaintiff's first amended complaint will be addressed separately.

27   / / /

28   / / /

1

Accordingly, IT IS HEREBY ORDERED that the findings and recommendations issued on July 23, 2024, ECF No. 9, are VACATED.


**Dated:  July 30, 2024**

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE