UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY ALFORD,<br><br>  Plaintiff,<br><br>  v.<br><br>CHRISTIAN PHEIFFER, et al.,<br><br>  Defendants. | No. 2:24-cv-01290-DC-DMC (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION<br><br>(Doc. No. 12) |

Plaintiff Larry Alford is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 (b)(1)(B) and Local Rule 302.

On August 28, 2024, the assigned magistrate judge screened Plaintiff's operative first amended complaint and found that Plaintiff had still failed to state any cognizable claims, despite having received guidance from the court regarding the applicable legal standards governing the Eighth Amendment claims brought in this action. (Doc. No. 12.) In particular, the magistrate judge found that "the amended complaint contains specific factual allegations as against Defendants Guzman, Gutierrez, Scott, and Darling," but rather than support Plaintiff's allegations that Defendants were deliberately indifferent to his suicidal ideation, "the facts indicate that these defendants responded to Plaintiff's situation and escorted Plaintiff to an area where he received medical attention." (*Id.* at 6.) As for the other named defendants, the magistrate judge emphasized

1

1   that "the first amended complaint fails to contain any factual allegations whatsoever," despite the
2   court's prior guidance, and thus "Plaintiff continues to fail to establish a causal connection to the
3   majority of the named defendants," as required to state a cognizable Eighth Amendment claim.
4   (*Id.* at 7.)
5         Consequently, also on August 28, 2024, the magistrate judge issued findings and
6   recommendations recommending that this action be dismissed, with prejudice, due to Plaintiff's
7   failure to state a cognizable claim upon which relief may be granted. (*Id.*) Those findings and
8   recommendations were served on Plaintiff and contained notice that any objections thereto were
9   to be filed within fourteen (14) days from the date of service. (*Id.* at 3.) To date, no objections to
10  the pending findings and recommendations have been filed, and the time in which to do so has
11  now passed.
12        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a
13  *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the
14  findings and recommendations are supported by the record and by proper analysis.
15        Accordingly,
16      1.    The findings and recommendations issued on August 28, 2024 (Doc. No. 12) are
17          adopted in full;
18      2.    This action is dismissed due to Plaintiff's failure to state a cognizable claim for
19          relief; and
20      3.    The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **November 6, 2024**

                                Dena Coggins
                                United States District Judge